Zaman v Elida Dental Care (2025 NY Slip Op 50953(U))

[*1]

Zaman v Elida Dental Care

2025 NY Slip Op 50953(U)

Decided on June 12, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on June 12, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Brigantti, J.P., James, Perez, JJ.

570335/25

Samia Calabrese Zaman, Plaintiff-Appellant,
against
Elida Dental Care, Defendant-Respondent.

Plaintiff appeals from a judgment of the Civil Court of the City of New York, New York County (Sabrina B. Kraus, J.), entered on or about November 29, 2021, after inquest, in favor of defendant dismissing the complaint.

Per Curiam.
Judgment (Sabrina B. Kraus, J.), entered on or about November 29, 2021, affirmed, without costs.
Where, as here, a defendant has failed to appear and an inquest is directed, a plaintiff must still present proof of damages at the inquest (see Paulson v Kotsilimbas, 124 AD2d 513, 514 [1986]). In reviewing the record, we find that the Civil Court correctly dismissed the action because plaintiff failed to present any competent evidence of damages causally related to defendant's acts (see Schwartzman v Friedler, 279 AD2d 517 [2001]; Bibikoff v Bellevue Hosp., 7 Misc 3d 134[A], 2005 NY Slip Op 50669[U] [App Term, 1st Dept 2005]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 12, 2025